IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLTON J. NOVASCONE,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL DANAHER, P.A., N.D.C.S.;<br><br>    Defendant. | 8:19CV201<br><br>**ORDER** |

Upon consideration,

IT IS ORDERED that: Defendant's Motion for Withdrawal of Counsel (filing 34) is granted. Assistant Attorney General Ryan Post is removed as counsel of record in this matter.

Dated this 12th day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge