IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COLTON J. NOVASCONE,

        Plaintiff,

vs.

DANIEL DANAHER, P.A., N.D.C.S.;

        Defendant.

8:19CV201

**ORDER**

    This matter is before the court on Defendant's Motion for Leave to Take Deposition of Plaintiff, who is currently committed to the custody of the Nebraska Department of Correctional Services. (Filing 36.) Upon careful consideration,

    IT IS ORDERED that: Defendant's Motion for Leave to Take Deposition of Plaintiff (filing 36) is granted. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendant is granted leave of this court to take the deposition of Plaintiff Colton J. Novascone at the Lincoln Correctional Center.

    Dated this 23rd day of March, 2021.

                                                   BY THE COURT:

                                                   *Richard G. Kopf*

                                                   Richard G. Kopf
                                                   Senior United States District Judge