IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COLTON J. NOVASCONE,

               Plaintiff,

    vs.

DANIEL DANAHER, P.A., N.D.C.S.;

               Defendant.

**8:19CV201**

**ORDER**

This matter is before the court on Defendant's Motion to Extend Certain Deadlines in Progression Order. (Filing 37.) Upon due consideration, Defendant's motion is granted. Accordingly,

IT IS ORDERED that: Defendant's Motion to Extend Certain Deadlines in Progression Order (filing 37) is granted on the following terms:

1.    The progression schedule (filing 28) is modified to provide that:

    a.    All depositions, whether or not they are intended to be used at trial, shall be completed by **April 29, 2021**.

    b.    All dispositive motions shall be filed on or before **June 1, 2021**.

2.    All other deadlines in the court's Order Setting Schedule for Progression of Case (filing 28) remain the same.

3.    The clerk's office is directed to set the following pro se case management deadline: **June 1, 2021**: Check for dispositive motion(s).

Dated this 23rd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2