IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLTON J. NOVASCONE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL DANAHER, P.A., N.D.C.S.;<br><br>　　　　　Defendant. | 8:19CV201<br><br>**ORDER** |

　　This matter is before the court on Defendant's motion (Filing 45) seeking extensions of the progression deadlines previously set in the court's Progression Order (Filing 28) and subsequent order extending deadlines (Filing 39). Defendant specifically seeks to extend the deadline for dispositive motions by 90 days. Upon consideration,

　　IT IS ORDERED that Defendant's motion to extend progression deadlines (Filing 45) is granted. The court's progression order (Filings 28 & 39) is modified to provide that the deadline for filing dispositive motions is extended from June 1, 2021 to August 30, 2021. The court will enter an amended progression order, which will incorporate the date change outlined above, establish a schedule for preparation of the Order on Final Pretrial Conference, and schedule a date for the Final Pretrial Conference commensurate with the foregoing deadlines.

　　Dated this 3rd day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge