IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLTON J. NOVASCONE,<br><br>           Plaintiff,<br><br>vs.<br><br>DANIEL DANAHER, P.A., N.D.C.S.;<br><br>           Defendant. | **8:19CV201**<br><br>**ORDER** |

This matter is before the court on Defendant's Motion to Extend Deadline to File Dispositive Motions. (Filing 49.) Specifically, Defendant seeks a 45-day extension of time to file a motion for summary judgment. Upon consideration,

IT IS ORDERED:

1. Defendant's Motion to Extend Deadline to File Dispositive Motions (Filing 49) is granted. The deadline for filing dispositive motions is extended from August 30, 2021, to October 14, 2021.

2. The deadlines related to the Final Pretrial Conference Order (Filing 47) are suspended until further order of the court.

3. The Final Pretrial Conference scheduled for November 2, 2021, is continued until further order of the court.

4. The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

5. The Clerk of Court is directed to set a pro se case management deadline using the following text: **October 14, 2021**: deadline to file dispositive motions.

Dated this 27th day of August, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge