# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLTON J. NOVASCONE, | |
| Plaintiff, | 8:19CV201 |
| vs. | |
| DANIEL DANAHER, P.A., N.D.C.S.; | ORDER |
| Defendant. | |

This matter is before the court on Defendant's motion (Filing 54) seeking a 60-day extension of time for the parties to file dispositive motions, which would extend the deadline from December 13, 2021, to February 11, 2022. Defendant intends to file a dispositive motion which, if granted, will fully resolve the issues in this matter. However, Defendant's retained expert requires additional time to review the evidence and prepare a report. Upon careful consideration,

IT IS ORDERED that Defendant's motion to extend progression deadlines (Filing 54) is granted. The deadline for filing dispositive motions is extended from December 13, 2021, to February 11, 2022. In order to progress this matter to final resolution, the court will enter an amended progression order, which will incorporate the date change outlined above, establish a schedule for preparation of the Order on Final Pretrial Conference, and schedule a date for the Final Pretrial Conference commensurate with the foregoing deadlines.

Dated this 15th day of December, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge