IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLTON J. NOVASCONE,<br><br>          Plaintiff,<br><br>vs.<br><br>DANIEL DANAHER, P.A., N.D.C.S.;<br><br>          Defendant. | 8:19CV201<br><br>**ORDER** |

IT IS ORDERED that:

1. Defendant's Motion to Extend Deadline to File Dispositive Motions (filing 57) is granted. Defendant timely filed his Motion for Summary Judgment (filing 58) on February 14, 2022.

2. Plaintiff has until March 7, 2022 to file his brief in opposition to Defendant's summary judgment motion. The Clerk of Court is directed to set a pro se case management deadline using the following text: **March 7, 2022**: check for Plaintiff's brief in opposition to summary judgment motion.

Dated this 16th day of February, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge