IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COLTON J. NOVASCONE,

Plaintiff,

vs.

DANIEL DANAHER, P.A., N.D.C.S.;

Defendant.

**8:19CV201**

**ORDER**

On March 2, 2022, Plaintiff filed a motion to extend his deadline to file a brief in opposition to Defendant's motion for summary judgment from March 7, 2022, to April 26, 2022. (Filing 63.) On March 7, 2022, however, Plaintiff filed his Brief in Opposition to Motion for Summary Judgment and attached supporting exhibits. (Filing 64.) Accordingly,

IT IS ORDERED that:

1.      Plaintiff's motion for extension of time (filing 63) is denied as moot as Plaintiff's brief was timely filed on March 7, 2022.

2.      The Clerk of Court is directed to set a pro se case management deadline using the following text: **March 14, 2022**: check for Defendant's reply brief.

Dated this 7th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge