IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

COLTON J. NOVASCONE,

    Plaintiff,

vs.

DANIEL DANAHER, P.A., N.D.C.S.;

    Defendant.

8:19CV201

**ORDER**

Upon consideration,

IT IS ORDERED that:

1. Defendant's Motion for Extension of Time (filing 66) is granted. Defendant's Reply Brief (filing 67) filed on March 15, 2022, is deemed timely.

2. Defendant's Motion for Summary Judgment (filing 58) is fully submitted and ripe for decision. The court will issue a decision in due course.

Dated this 17th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge