IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COLTON J. NOVASCONE, | |
| Plaintiff, | 8:19CV201 |
| vs. | |
| DANIEL DANAHER, P.A., N.D.C.S.; | ORDER |
| Defendant. | |

In light of the pending dispositive Motion for Summary Judgment (Filing 58) which raises the issue of qualified immunity from suit,

IT IS ORDERED:

1. Defendant's Motion to Suspend Case Progression Deadlines (Filing 69) is granted;

2. The deadlines related to the Final Pretrial Conference Order (Filing 56) are suspended until further order of the court;

3. The Final Pretrial Conference scheduled for May 19, 2022, is continued until further order of the court; and

4. The Clerk of Court shall transmit a copy of this Order to Magistrate Judge Zwart's chambers.

Dated this 7th day of April, 2022.

BY THE COURT:

Richard G. Kopf
Senior United States District Judge

2